### PORTER v. STATE GRAND LODGE NUMBER 7.

EVANS, P. J. 1. Where the name of a corporation has been legally changed, it is suable in the new corporate name, although the alleged cause of action may have arisen before the change.

2. There was no error in refusing to grant an injunction and appoint a receiver. *Judgment affirmed. All the Justices concur.*
OCTOBER 18, 1916.

Petition for injunction and receiver. Before Judge Brand. Clarke superior court. March 11, 1916.

*J. Thomas Heard,* for plaintiff. *Tate Wright,* for defendant.